WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 9313
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
ccrowton@wrightlegal.net
*Attorneys for Plaintiff, Nationstar Mortgage, LLC*

**U.S. DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, a Delaware Company,<br><br>Plaintiff,<br><br>vs.<br><br>GARY THOMPSON, an Individual,<br><br>Defendant. | Case No.: 2:15-cv-01665-JAC-PAL<br><br>**ORDER GRANTING NATIONSTAR MORTGAGE, LLC'S MOTION FOR EXTENSION OF TIME TO SERVE AND FOR SERVICE BY PUBLICATION OF SUMMONS/COMPLAINT/LIS PENDENS ON DEFENDANT GARY THOMPSON** |

Upon consideration of Plaintiff, Nationstar Mortgage, LLC's (hereinafter "Nationstar" or "Plaintiff"), Motion for Extension of Time to Serve and for Service by Publication of Summons, Complaint, and Notice of Lis Pendens onto Defendant, Gary Thompson (collectively referred to as "Thompson"), and for good cause, the Court hereby rules that:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Extension of Time to Serve and for Service by Publication of Summons, Complaint, and Notice of Lis Pendens onto Thompson is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the time within which to serve Thompson with the Summons, Complaint, and Notice of Lis Pendens is hereby extended up to and including the 27th day of February, 2016.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Summons,

1  Complaint, and Notice of Lis Pendens in this action shall be served upon Thompson via
2  publication in the Nevada Legal News and that said publication shall be made at least once a
3  week for a period of four (4) weeks.
4        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that copies of the
5  Summons, Complaint, and Notice of Lis Pendens in this action shall be deposited in a United
6  States Post Office within the City of Las Vegas, County of Clark, State of Nevada and mailed to
7  Thompson's last known addresses via certified mail, return receipt request in a sealed, postage
8  prepaid envelope.
9  DATED this __9th__ day of ____December____, 2015.

MAGISTRATE JUDGE

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP

_/s/ Chelsea Crowton_
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Nationstar Mortgage, LLC*