1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

IN RE HOA FORECLOSURE CASES.

**ORDER CERTIFYING CASES TO NEVADA ATTORNEY GENERAL**

The following cases involve a constitutional challenge to NRS Chapter 116:

- *Federal Nat'l Mortgage Ass'n, et al. v. SFR Investments Pool 1, LLC, et al.*, 2:14-cv-02046-JAD-PAL

- *Nationstar Mortgage, LLC, et al. v. Eldorado Neighborhood Second Homeowners Ass'n, et al.*, 2:15-cv-00064-JAD-PAL

- *Green Tree Servicing LLC v. Las Vegas Rental & Repair LLC, et al.*, 2:15-cv-00537-JAD-PAL

- *HSBC Bank USA, Nat'l Ass'n v. Charleston Heights 50G Townhouse Owners Ass'n*, 2:15-cv-01211-JAD-PAL

- *Nationstar Mortgage, LLC v. The Springs at Spanish Trail Ass'n, et al.*, 2:15-cv-01217-JAD-GWF

- *HSBC Bank Nat'l Ass'n v. Stratford Homeowners Ass'n, et al.*, 2:15-cv-01259-JAD-PAL

- *First Horizon Home Loans v. Day Dawn Crossing Homeowners Ass'n*, 2:15-cv-01262-JAD-NJK

- *Capital One, N.A., v. Las Vegas Dev. Group*, 2:15-cv-01436-JAD-PAL

- *Nationstar Mortgage, LLC v. Saticoy Bay LLC Series 5501 Wells Cathedral, et al.*, 2:15-cv-01507-JAD-VCF

- *Nationstar Mortgage, LLC v. Thompson*, 2:15-cv-01665-JAD-PAL

- *Ventures Trust 2013-I-H-R By MCM Capital Partners, LLC v. Saticoy Bay, LLC, Series 4683 Amertrine, et al.*, 2:15-cv-01773-JAD-CWH

- *Design 3.2 Trust v. Kennison, et al.*, 2:15-cv-01817-JAD-CWH

- *Carrington Mortgage Services LLC v. Absolute Bus. Solutions, LLC, et al.*, 2:15-cv-01862-JAD-PAL

- *Nationstar Mortgage LLC v. Independence Homeowners' Ass'n, et al.*, 2:15-cv-02151-JAD-NJK

- *Bank of New York Mellon v. Catmint BPB Trust, et al.*, 2:15-cv-02173-JAD-VCF

- *Wilmington Trust, Nat'l Ass'n v. First 100, LLC, et al.*, 2:15-cv-02293-JAD-PAL

- *The Bank of New York Mellon, et al. v. Cape Jasmine Ct Trust, et al.*, 2:16-cv-00248-JAD-GWF

- *Nationstar Mortgage LLC v. Shenandoah Owners Ass'n, Inc., et al.*, 2:16-cv-00268-JAD-NJK

- *Ditech Fin., LLC v. Hollywood Highlands E. Landscape Maint. Ass'n, Inc., et al.*, 2:16-cv-00298-JAD-NJK

- *Selene Fin., L.P. v. Cobblestone Manor VI Homeowners Ass'n, et al.*, 2:16-cv-00334-JAD-VCF

- *The Bank of New York Mellon v. Montagne Marron Cmty. Ass'n, et al.*, 2:16-cv-00360-JAD-PAL

- *Nationstar Mortgage LLC v. Torrey Pines Ranch Estates Homeowners Ass'n, et al.*, 2:16-cv-00375-JAD-PAL

- *U.S. Bank Nat'l Ass'n v. 1727 N Lamont Trust, et al.*, 2:16-cv-00442-JAD-VCF

- *Nationstar Mortgage LLC v. The Fountains Property Owners Ass'n*, 2:16-cv-00480-JAD-GWF

- *Deutsche Bank Nat'l Trust Co. v. Desert Garden Homeowners Ass'n, Inc., et al.*, 2:16-cv-00687-JAD-PAL

- *Deutsche Bank Nat'l Trust Co. v. Copper Sands Homeowners Ass'n, Inc., et al.*, 2:16-cv-00763-JAD-CWH

- *The Bank of New York Mellon v. Antigua Maint. Corp., et al.*, 2:16-cv-00796-JAD-GWF

1        Under 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to

2   the Attorney General for the State of Nevada that the constitutionality of Chapter 116 has been

3   called into question in these actions.  The Attorney General for the State of Nevada has 60 days to

4   intervene in these actions if it so desires.  FRCP 5.1(c).

5        **IT IS THEREFORE ORDERED** that the Clerk of Court is directed to mail a copy of this

6   order to the Attorney General for the State of Nevada, via certified mail, return receipt requested,

7   at these addresses:

8
9          Hon. Adam Paul Laxalt
       Office of the Attorney General
10         100 North Carson Street
       Carson City, Nevada 89701

11         Hon. Adam Paul Laxalt
       Office of the Attorney General
12         Grant Sawyer Building
       555 E. Washington Avenue, Suite 3900
13         Las Vegas, Nevada 89101

14

15  DATED this 20th day of April, 2016.

16

17  _____
   JENNIFER A. DORSEY
18     UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28